ment for plaintiff, defendant appeals. Affirmed. See, also, 144 N. Y. Supp. 160. A. B. Nathan, of New York City, for appellant. B. M. Kaye, of New York City, for respondent.

PER CURIAM. There was evidence which justified the jury in finding that the defendant made a personal promise to the plaintiff to pay the rent of the premises while he was in possession. The question as to whether or not such a promise was made was submitted to the jury, and their verdict in favor of the plaintiff was justified by the evidence. The determination of the Appellate Term must be affirmed, with costs.

---

KAYSER, Appellant, v. BURDEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Elizabeth Kayser against Walter P. Burden. No opinion. Order affirmed, with $10 costs and disbursements.

---

KEEFE, Respondent, v. BOSTON & A. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Susan Keefe, as administratrix, etc., of William Keefe, deceased, against the Boston & Albany Railroad Company. No opinion. Settled.

---

KEEL v. JOBSON & GIFFORD CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Julia Keel against the Jobson & Gifford Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

KELSEY, Appellant, v. BRADLEY, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Julia R. Kelsey against William Bradley. J. M. Gardner, of New York City, for appellant. G. J. Stacy, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

---

KENNEDY, Respondent, v. KENNEDY, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Annie E. Kennedy against James Kennedy. No opinion. Order affirmed, without costs. See, also, 149 N. Y. Supp. 1090.

---

KENNEDY, Respondent, v. KENNEDY, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Annie E. Kennedy against James Kennedy. No opinion. Order modified, by reducing the alimony to $6 per week, and, as modified, affirmed, without costs. See, also, 149 N. Y. Supp. 1090.

KENNY v. CAMPBELL. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Thomas Kenny against William F. Campbell. No opinion. Motion denied, without costs. See, also, 149 N. Y. Supp. 1090.

---

KENNY, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Thomas Kenny against William F. Campbell. E. J. Walsh, of New York City, for appellant. J. A. O'Leary, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 N. Y. Supp. 1090.

---

KEYES, Respondent, v. STALLO, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Marquis L. Keyes against Edmund K. Stallo. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs in this court and at Special Term.

---

KIMBALL, Respondent, v. O'DELL & EDDY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Elmer D. Kimball against the O'Dell & Eddy Company. No opinion. Judgment and order affirmed, with costs.

---

KINDGEN v. CRAIG et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by William J. Kindgen against Letitia M. Craig and others. No opinion. Motion for stay granted. Settle order on notice. See, also, 149 N. Y. Supp. 1090.

---

KINDGEN v. CRAIG et al. (No. 6199.) (Supreme Court, Appellate Division, First Department. October 16, 1914.) Appeal from Special Term, New York County. Action by William J. Kindgen, as receiver, etc., against Letitia M. Craig and others. From an order denying defendants' motion to open their default in service of an answer, they appeal. Reversed, and motion granted, on terms. See, also, 162 App. Div. 508, 147 N. Y. Supp. 571; 149 N. Y. Supp. 1090. Arthur S. Levy, of New York City, for appellants. John C. Gulick, of New York City, for respondent.

PER CURIAM. The order appealed from will be reversed, and the motion for leave to open default and serve answer granted, upon defendant paying costs of the action, to be taxed, and consenting to refer the issues raised by said answer to the same referee heretofore appointed in this action.